

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WENDI R. THOMPSON AND                                              PLAINTIFFS
PATRICK W. THOMPSON

v.                                                                 CAUSE NO: 4:04CV112LN

MERIDIAN HMA, INC.,
D/B/A RILEY MEMORIAL HOSPITAL,
AND DOES I-X                                                       DEFENDANTS

## AGREED ORDER DISMISSING THE
## CLAIMS AGAINST MERIDIAN HMA, INC.,
## D/B/A RILEY MEMORIAL HOSPITAL

The plaintiffs, Wendi R. Thompson and Patrick W. Thompson, and the defendant, Meridian HMA, Inc., d/b/a Riley Memorial Hospital, have moved this Court to dismiss all claims of Wendi R. Thompson and Patrick W. Thompson against Meridian HMA, Inc., d/b/a Riley Memorial Hospital.

Finding the parties in agreement, and finding no just reason for delay, this court **ORDERS** that all claims of Wendi R. Thompson and Patrick W. Thompson against Meridian HMA, Inc., d/b/a Riley Memorial Hospital, be dismissed **WITH PREJUDICE.**

**SO ORDERED:**

The __13th__ day of January, 2006.

_____
U. S. District Judge

**AGREED TO:**

s/George L. Follett                         s/Niles Hooper
George L. Follett                           Niles Hooper (MSB# 10686)
*Counsel for Plaintiffs*                    *Counsel for Defendant*